**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD V. RAY, JR. | No. C 10-01582 YGR (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, Warden, | |
| Respondent. | |

The petition having been denied, the Court hereby enters judgment in favor of respondent.  Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

DATED: June 6, 2013

**Yvonne Gonzalez Rogers**
**United States District Court Judge**

G:\PRO-SE\YGR\HC.10\Ray,Jr.1582.jud.md.wpd