**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EDWARD V. RAY, JR.,

    Petitioner,

  v.

MATTHEW CATE, Warden,

    Respondent.

    /

No. C 10-01582 YGR (PR)

**JUDGMENT**

    The petition having been denied, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED**.

DATED: June 6, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.10\Ray,Jr.1582.jud.md.wpd