# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD V. RAY, JR.<br><br>Appellant,<br><br>vs<br><br>MATTHEW CATE<br><br>Appellee. | U.S.C.A. No.: 14-15607<br>U.S.D.C. No.: CV-10-01582-YGR<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL ON APPEAL |

The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the appellant is indigent, therefore;

IT IS ORDERED that the attorney whose name, address and telephone number are listed below is appointed to represent the above appellant.

Geoffrey Jones
769 Center Blvd., PMB No. 162
Fairfax, CA 94930
(415) 517-3569

_____
Appointing Judge: Hon. Judge Gonzalez Rogers

2/4/2015                                February 4, 2015
Date of Order                           Nunc Pro Tunc Date